Brian H. Clausen # 161901
Steve H Shlens #188851
BERTLING & CLAUSEN L.L.P.
15 West Carrillo Street, Suite 100
Santa Barbara, California  93101
Telephone:  (805) 892-2100
Facsimile:   (805) 963-6044

Attorneys for Defendant
JENNIFER HILL, M.D.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRATHEES MURUGESAPILLAI,<br><br>Plaintiff,<br><br>v.<br><br>ANTELOPE VALLEY EMERGENCY MEDICAL ASSOCIATION (AVEMA), ANTELOPE VALLEY HOSPITAL, MICHEL LEIDNER, M.D., JENNIFER HILL, M.D., LEROY BACA as Sheriff of Los Angeles County, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, UNITED STATES OF AMERICA, and DOES 1-10,<br><br>Defendants. | Case No.    2:09-cv-1514-R(Ex)<br><br>**JUDGMENT**<br><br>Date:        March 21, 2011<br>Time:       10:00 a.m.<br>Judge:      Hon. Manuel L. Real<br>Ctrm:        8<br><br>Action Filed: March 3, 2009<br>Trial Date: July 26, 2011<br>Final Pre-Trial Conf.:  June 20, 2011<br>Civil Judge: Hon. Manuel L. Real<br>Magistrate Judge Charles F. Eick |

The Honorable  Manuel L. Real, United States District Judge, having read and considered the Summary Judgment Motion of Defendant JENNIFER HILL, M.D., including the Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law in accordance with Central District Local Rule 56-1, and the

evidence in support thereof including the Declaration of Franklin Moser, M.D., and the Exhibits authenticated by this Declaration, hereby rules as follows:

The Motion for Summary Judgment of Defendant JENNIFER HILL, M.D., is **GRANTED** in its entirety.  Good cause is established by the legal and factual showing made in support of the Summary Judgment Motion by Defendant JENNIFER HILL, M.D. The Defendant did not breach the standard of care in the care and treatment as rendered to Plaintiff PRATHEES MURUGESAPILLAI. Defendant has shown by admissible evidence and reasonable inferences therefrom, not contradicted by other evidence or inferences that the medical care and treatment rendered to Plaintiff PRATHEES MURUGESAPILLAI by Defendant JENNIFER HILL, M.D., complied with the standard of care.

Accordingly, the Motion for Summary Judgment is **GRANTED.**

DATED:   March 24, 2011.

_____
Hon. Judge Manuel L. Real
United States Magistrate Judge

# PROOF OF SERVICE
## CCP §§ 1011, 1013, 1013a, 2015.5
## FRCP 5(b)

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am employed in the County of Santa Barbara, State of California. I am over the age of 18 and not a party to the within action; my business address is 15 West Carrillo Street Suite 100, Santa Barbara, California 93101.

On **February ___, 2011**, I served the document described as **[PROPOSED] JUDGMENT** on the interested parties in this action ☒ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

**PLEASE SEE ATTACHED SERVICE LIST**

☒ BY MAIL    ☐ I deposited such envelope in the mail at Santa Barbara, California. The envelope was mailed with postage thereon fully prepaid.

☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Barbara, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (BY CM/ECF) The above-named document was uploaded (in a "pdf" format to the Court's CM/ECF system.

☒ (BY OVERNIGHT COURIER) I caused a courtesy copy of the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the judges' chambers only as indicated on the attached Service List.

Executed on **February ___, 2011**, at Santa Barbara, California.

☒ (Federal)   I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Joan McMaster _____    _____
                                          Signature

**[PROPOSED] JUDGMENT**

# SERVICE LIST

Attorneys for Plaintiff
Conal Doyle, Esq.
WILLOUGHBY DOYLE LLP
1814 Franklin St., Suite 800
Oakland, CA 94612
(510) 451-2777 - Phone
(510) 842-1496 - fax
conal@willoughbydoyle.com

Thomas M. Dempsey, Esq.
LAW OFFICES OF THOMAS M. DEMPSEY
433 North Camden Drive, Suite 730
Beverly Hills, CA 90210
(310) 478-4020 - Phone
(310) 445-3230 - Fax
tdempseylaw@aol.com

Attorneys for Defendants MICHAEL LEIDNER, M.D. and ANTELOPE VALLEY EMERGENCY MEDICAL ASSOCIATION
James J. Kjar, Esq.
Joseph P. Dicochea, Esq.
Ryan P. Deane, Esq.
REBACK, MCANDREWS, KJAR, WARFORD & STOCKALPER, LLP
1230 Rosecrans Avenue, Suite 450
Manhattan Beach, CA 90266
(310) 297-9900 - Phone
(310) 297-9800 - Fax
rdeane@rmkws.com

Attorneys for Defendant, ANTELOPE VALLEY HOSPITAL, a facility of Antelope Valley Healthcare District
Jeffery W. Grass, Esq.
Stacy K. Brigham, Esq.
DAVIS, GRASS, GOLDSTEIN HOUSOUER & FINLAY
3105 Sedona Court
Ontario, California 91764
(909) 476-2662 - Phone
(909) 476-2335 - Fax
stacy@davis-grass.com

Attorneys for Defendants COUNTY OF LOS ANGELES and LEROY BACA
Gregory Houle, Esq.
Richard Houle, Esq.
HOULE & HOULE
201 S. Lake Ave., Suite 504
Pasadena, CA 91101
(626) 564-9669 - Phone
(626) 564-9670 - Fax

Robert D. Lipscomb, Esq.
Robert D. Lipscomb Law Offices
1359 Spazier Ave.
Glendale, CA 91201
(818) 843-2082 - Phone
rdlipscomb@aol.com

Attorneys for Defendant SHERIFF LEROY D. BACA
Paul B. Beach, Esq.
LAWRENCE BEACH ALLEN & CHOI, PC
100 W. Broadway, Suite 1200
Glendale, CA 91210-1219
(818) 545-1925 - Phone
(818) 545-1937 - Fax
pbeach@lbaclaw.com

**Mandatory Chambers Copy**
Hon. L. Manuel Real
United States District Court for the Central District of California
Courtroom 8
312 N. Spring Street
Los Angeles, CA 90012
(213) 894-5696-Phone
(213) 894-6604 - Phone
[By Overnight Mail]
[2 hole punch & blueback]

**Mandatory Chambers Copy**
Hon. Charles F. Eick
Courtroom No.: 20, 3rd Floor
United States District Court for the Central District of California
312 N. Spring Street
Los Angeles, CA 90012
(213) 894-5234 - Phone
[By Overnight Mail]

**[PROPOSED] JUDGMENT**