Brian H. Clausen # 161901
Steve H Shlens #188851
BERTLING & CLAUSEN L.L.P.
15 West Carrillo Street, Suite 100
Santa Barbara, California 93101
Telephone: (805) 892-2100
Facsimile: (805) 963-6044

Attorneys for Defendant
JENNIFER HILL, M.D.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRATHEES MURUGESAPILLAI,<br><br>Plaintiff,<br><br>v.<br><br>ANTELOPE VALLEY EMERGENCY MEDICAL ASSOCIATION (AVEMA), ANTELOPE VALLEY HOSPITAL, MICHEL LEIDNER, M.D., JENNIFER HILL, M.D., LEROY BACA as Sheriff of Los Angeles County, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, UNITED STATES OF AMERICA, and DOES 1-10,<br><br>Defendants. | Case No. 2:09-cv-1514-R(Ex)<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW OF DEFENDANT JENNIFER HILL, M.D.**<br><br>Date: March 21s, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Manuel L. Real<br>Ctrm: 8<br><br>Action Filed: March 3, 2009<br>Trial Date: July 26, 2011<br>Final Pre-Trial Conf.: June 20, 2011<br>Civil Judge: Hon. Manuel L. Real<br>Magistrate Judge Charles F. Eick |

After consideration of the papers in support of and in opposition to the Motion for Summary Judgment of Defendant JENNIFER HILL, M.D., and argument of counsel, the Court determines that the following facts have been established as:

///

///

# UNCONTROVERTED FACTS

1. Defendant JENNIFER HILL, M.D., interpreted a radiology CT scan without contrast on Plaintiff PRATHEES MURUGESAPILLAI on March 4, 2008. [Declaration of Franklin Moser, M.D. ¶ 4.]

2. Dr. Hill interpreted the CT scan as showing evidence of subdural fluid and air overlying the right frontal lobe and a small amount of subdural tracing along the right para-falcine region anteriorly.  There is localized sulcal effacement with mild midline shift of the septum pellucidum to the left measuring approximately three millimeters. The systems do remain patent.  No intra cranial hemorrhage is seen.  Given the concern for meningitis, Dr. Hill noted this was most likely infectious in etiology and correlation with a contrast enhanced MRI would be useful.  Dr. Hill also noted paranasal sinus disease. [Declaration of Franklin Moser, M.D. ¶ 7.]

3. Following review of the CT scan, Dr. Hill made a call report to Dr. Leidner regarding the examination. [Declaration of Franklin Moser, M.D. ¶ 8.]

4. The care and treatment rendered by defendant Jennifer Hill, M.D., at all times complied with the standard of care in the care and treatment of PRATHEES MURUGESAPILLAI. [Declaration of Franklin Moser, M.D. ¶ 7-9.]

Based upon the following uncontroverted facts, the Court now makes its:

## CONCLUSIONS OF LAW.

1. The plaintiff cannot maintain a cause of action against defendant Jennifer Hill, M.D., for alleged medical negligence because the care provided by Dr. Hill complied with the standard of care.

2. Judgment shall be entered in favor of defendant Jennifer Hill, M.D.

Dated:_March 24, 2011_   Signed:_____
                                  Judge of the United States District Court

2

STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW OF DEFENDANT JENNIFER HILL, M.D.

PROOF OF SERVICE
CCP §§ 1011, 1013, 1013a, 2015.5
FRCP 5(b)

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am employed in the County of Santa Barbara, State of California. I am over the age of 18 and not a party to the within action; my business address is 15 West Carrillo Street Suite 100, Santa Barbara, California 93101.

On **February ___, 2011**, I served the document described as **STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW OF DEFENDANT JENNIFER HILL, M.D.** on the interested parties in this action ☒ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

**PLEASE SEE ATTACHED SERVICE LIST**

☒ BY MAIL   ☒ I deposited such envelope in the mail at Santa Barbara, California. The envelope was mailed with postage thereon fully prepaid.

☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Barbara, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (BY CM/ECF) The above-named document was uploaded (in a "pdf" format) to the Court's CM/ECF system.

☒ (BY OVERNIGHT COURIER) I caused a courtesy copy of the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the judges' chambers only as indicated on the attached Service List.

Executed on **February ___, 2011**, at Santa Barbara, California.

☒ (Federal)   I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

  Joan McMaster                              _____
                                             Signature

3

**STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW OF DEFENDANT JENNIFER HILL, M.D.**

**STATEMENT OF UNCONTROVERTED FACTS**
**AND CONCLUSIONS OF LAW OF DEFENDANT JENNIFER HILL, M.D.**

## SERVICE LIST

**Attorneys for Plaintiff**
Conal Doyle, Esq.
WILLOUGHBY DOYLE LLP
1814 Franklin St., Suite 800
Oakland, CA 94612
(510) 451-2777 - Phone
(510) 842-1496 - fax
conal@willoughbydoyle.com

Thomas M. Dempsey, Esq.
LAW OFFICES OF THOMAS M. DEMPSEY
433 North Camden Drive, Suite 730
Beverly Hills, CA 90210
(310) 478-4020 - Phone
(310) 445-3230 - Fax
tdempseylaw@aol.com

**Attorneys for Defendants MICHAEL LEIDNER, M.D. and ANTELOPE VALLEY EMERGENCY MEDICAL ASSOCIATION**
James J. Kjar, Esq.
Joseph P. Dicochea, Esq.
Ryan P. Deane, Esq.
REBACK, MCANDREWS, KJAR, WARFORD & STOCKALPER, LLP
1230 Rosecrans Avenue, Suite 450
Manhattan Beach, CA 90266
(310) 297-9900 - Phone
(310) 297-9800 - Fax
rdeane@rmkws.com

**Attorneys for Defendant, ANTELOPE VALLEY HOSPITAL, a facility of Antelope Valley Healthcare District**
Jeffery W. Grass, Esq.
Stacy K. Brigham, Esq.
DAVIS, GRASS, GOLDSTEIN HOUSOUER & FINLAY
3105 Sedona Court
Ontario, California 91764
(909) 476-2662 - Phone
(909) 476-2335 - Fax
stacy@davis-grass.com

**Attorneys for Defendants COUNTY OF LOS ANGELES and LEROY BACA**
Gregory Houle, Esq.
Richard Houle, Esq.
HOULE & HOULE
201 S. Lake Ave., Suite 504
Pasadena, CA 91101
(626) 564-9669 - Phone
(626) 564-9670 - Fax

Robert D. Lipscomb, Esq.
Robert D. Lipscomb Law Offices
1359 Spazier Ave.
Glendale, CA 91201
(818) 843-2082 - Phone
rdlipscomb@aol.com

**Attorneys for Defendant SHERIFF LEROY D. BACA**
Paul B. Beach, Esq.
LAWRENCE BEACH ALLEN & CHOI, PC
100 W. Broadway, Suite 1200
Glendale, CA 91210-1219
(818) 545-1925 - Phone
(818) 545-1937 - Fax
pbeach@lbaclaw.com

**Mandatory Chambers Copy**
Hon. L. Manuel Real
United States District Court for the Central District of California
Courtroom 8
312 N. Spring Street
Los Angeles, CA 90012
(213) 894-5696-Phone
(213) 894-6604 - Phone
[By Overnight Mail]
[2-hole punch & blueback]

**Mandatory Chambers Copy**
Hon. Charles F. Eick
Courtroom No.: 20, 3rd Floor
United States District Court for the Central District of California
312 N. Spring Street
Los Angeles, CA 90012
(213) 894-5234 - Phone
[By Overnight Mail]

**STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW OF DEFENDANT JENNIFER HILL, M.D.**