**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PRATHEES MURUGESAPILLAI,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTELOPE VALLEY EMERGENCY MEDICAL ASSOCIATION (AVEMA), *et al.*,<br><br>        Defendants. | Case No: CV09-1514 R (Ex)<br><br>**JUDGMENT**<br><br>RE: Defendant United States of America's Motion for Summary Judgment<br><br>Hon. Manuel L. Real<br>United States District Judge |

Defendant United States of America moved this Court for an order granting summary judgment as against Plaintiff Prathees Murugesapillai's action against it. The United States' motion came on regularly for hearing on May 2, 2011, at which time the Court entertained oral argument from both parties.

The Court, having now considered the parties' memoranda of points and authorities, statements of uncontroverted facts and conclusions of law, the supporting declarations and evidence submitted therewith, and oral argument, as well as having considered all of the other pleadings, records, and documents on file in this action, hereby decrees as follows:

IT IS HEREBY ORDERED AND ADJUDGED that the Motion for Summary Judgment brought by Defendant United States of America as against Plaintiff Prathees Murugesapillai is GRANTED.

JUDGMENT IS HEREBY ENTERED in favor of Defendant United States of America. Plaintiff shall pay Defendant its costs of suit according to proof.

**IT IS SO ORDERED.**

**Dated this 9th day of the month of May 2011.**

_____
**THE HONORABLE MANUEL L. REAL**
**UNITED STATES DISTRICT JUDGE**