UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRATHEES MURUGESAPILLAI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANTELOPE VALLEY EMERGENCY MEDICAL ASSOCIATION (AVEMA), ANTELOPE VALLEY HOSPITAL, MICHEL LEIDNER, M.D., JENNIFER HILL, M.D., LEROY BACA, as Sheriff of Los Angeles County, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, ROBIN SCHAEFER, ALI JAFFERI, M.D., UNITED STATES OF AMERICA, JAMES T. HAYES, in his individual capacity, DAVID RUSH, in his individual capacity, Deportation Officer YELLA, in his individual capacity, WESLEY LEE, in his individual capacity and Does 1-10,<br><br>　　　　　Defendants. | CASE NO. CV09-1514-R (Ex)<br><br>FINDINGS OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW RE: DEFENDANT LOS ANGELES COUNTY SHERIFF'S DEPARTMENT MOTION FOR SUMMARY JUDGMENT |

　　The motion by Defendant Los Angeles County Sheriff's Department (LASD) for summary judgment on the Fourth Amended Complaint of Plaintiff Prathees Murugesapillai, having come on for hearing before the Honorable Manual L. Real on July 11, 2011 in Courtroom 8 of the above-entitled Court, with counsel for LASD and Plaintiff appearing, and after full

briefing by the interested parties and oral argument, the Court makes the following findings of fact:

 1. Plaintiff's Fourth Amended Complaint alleges against Defendant LASD the following: (1) a cause of action for a violation of 42 U.S.C. § 1983 for deliberate indifference to Plaintiff's serious medical needs while he was being detained under LASD's jurisdiction in the Mira Loma Detention Facility (Mira Loma) during 2007-2008, with the cause of action based on a Monell claim of a policy, custom or practice of deliberate indifference to the serious medical needs of Mira Loma detainees; and (2) a cause of action for a violation of Government Code § 845.6 for failing to summon immediate medical care for Plaintiff's medical needs while being detained at Mira Loma.

 2. Defendant LASD submitted credible, admissible evidence in the form of expert medical testimony and medical evidence in response to Plaintiff's deliberate indifference cause of action which established that Plaintiff received medical care and services at Mira Loma under LASD's jurisdiction.

 3. Defendant LASD submitted credible, admissible evidence which established that Plaintiff failed to properly comply with the Government Code claims presentation statutes under § 901 et seq., which failure would bar Plaintiff from further prosecuting any state law claim based on either a § 845.6 violation or on a claim of medical negligence, as such causes of action required Plaintiff to properly comply with the Government Code claims presentation statutes which he did not do.

 ACCORDINGLY, based on these findings of fact, the Court hereby makes the following conclusions of law:

 1. On the evidence presented before the Court, the Court concludes as a matter of law, based on the medical evidence, that a reasonable jury could not return a verdict in Plaintiff's favor on the claim against LASD for deliberate indifference to Plaintiff's serious medical needs.

 2. On the evidence presented before the Court, the Court concludes as a matter of law that on the procedural issue of Plaintiff's compliance with the Government Code claims presentation requirements, Plaintiff is procedurally barred from prosecuting any state law claims, including a claim based on § 845.6, in this action, because in order to have a viable state law claim, Plaintiff was required to properly comply with the claims presentation statutes, which he did not do.

It is hereby ORDERED that Defendant's Motion is granted with prejudice in regards to Plaintiff's 42 U.S.C. § 1983 claim and Defendant's Motion is granted without prejudice as to Plaintiff's Government Code § 845.6 claim.

Dated: August 8, 2011.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE