1

2

3

4

5

6

7

8

9

10                     UNITED STATES DISTRICT COURT

11                     CENTRAL DISTRICT OF CALIFORNIA

12

13   PRATHEES MURUGESAPILLAI,        )        CASE NO. CV09-1514-R (Ex)
                                     )
14                   Plaintiff,      )        JUDGMENT
                                     )
15   vs.                             )
                                     )
16   ANTELOPE VALLEY EMERGENCY       )
     MEDICAL ASSOCIATION (AVEMA),    )
17   ANTELOPE VALLEY HOSPITAL,       )
     MICHEL LEIDNER, M.D., JENNIFER  )
18   HILL, M.D., LEROY BACA, as Sheriff of )
     Los Angeles County, LOS ANGELES )
19   COUNTY SHERIFF'S DEPARTMENT,    )
     ROBIN SCHAEFER, ALI JAFFERI, M.D., )
20   UNITED STATES OF AMERICA, JAMES )
     T. HAYES, in his individual capacity, )
21   DAVID RUSH, in his individual capacity, )
     Deportation Officer YELLA, in his )
22   individual capacity, WESLEY LEE, in his )
     individual capacity and Does 1-10, )
23                                    )
                     Defendants.      )
24   _____ )

25        This action came on for hearing before the Court on July 11, 2011, on Defendant Los

26   Angeles County Sheriff's Department's Motion for Summary Judgment.

27        The evidence presented having been fully considered, the issues having been duly heard

28   and a decision been duly rendered,

1    IT IS HEREBY ORDERED AND ADJUDGED that Defendant's Motion for Summary

2    Judgment is GRANTED with prejudice in regards to the 42 U.S.C. § 1983 claim and without

3    prejudice in regards to the Government Code § 845.6 claim.

4    Dated:  August 8,  2011.

5

6    _____
          MANUEL L. REAL
          UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28